**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Andy Steffen, | : | |
| Plaintiff, | : | Case No. 2:17-cv-579 |
| v. | : | |
| Contract Sweepers & Equipment Co., | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Andy Steffen and Defendant Contract Sweepers & Equipment Co that the above-entitled action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without attorneys' fees or costs to any party, and waiving all rights of appeal.

Respectfully submitted,

 /s/ Matthew J.P. Coffman
Matthew J.P. Coffman (0085586)
Coffman Legal, LLC
1457 S. High Street
Columbus, Ohio 43207
Telephone: (614) 949-1181
Facsimile: (614) 386-9964
Email: mcoffman@coffmanlegal.com

Peter A. Contreras (0087530)
Contreras Law, LLC
PO Box 215
Amlin, Ohio 430002
Telephone: (614) 787-4878
Facsimile: (614) 923-7369
Email: peter.contreras@contrerasfirm.com

*Counsel for Plaintiff Andy Steffen*

 /s/ Angela M. Courtwright
Paul L. Bittner  (0061674)
Angela M. Courtwright (0077785)
ICE MILLER LLP
250 West Street
Columbus, Ohio 43215
Telephone: (614) 462-1084
Facsimile: (614) 221-3218
Email:  angela.courtwright@icemiller.com

*Counsel for Defendant Contract Sweepers & Equipment Co*